IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-275-BO

| | | |
|---|---|---|
| INGRID V. NEWSOME, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner for Further Administrative Proceedings. Plaintiff's counsel has indicated that he does not oppose the Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 10 day of November 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE